UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CARLOS BAYON                                          )
                                                      )
                                                      )
                                                      )
V.                                                    )
                                                      )     17 CV NO. CV 373
                                                      )     JURY TRIAL: YES ☐
SUNYAB and/or State Of New York;                      )
UBMD Orthopaedics & Sports Medicine;                  )
Buffalo General Medical Center                        )

# I. PARTIES:

**Plaintiff**:

1] Carlos A. Bayon
PO Box 71
Getzville, NY 14068

**Defendants:**

1] SUNYAB [State University Of New York at Buffalo] and/or The State of New York
c/o Hon. Andrew M. Coumo Governor of New York State
NYS Capitol Building
Albany, NY 12224

2] UBMD Orthopaedics & Sports Medicine c/o Dr. Les Bisson
4225 Genesee St.
Cheektowaga, NY 14225

3] Buffalo General Medical Center [aka] Kaleida Health c/o Jody Lomeo
726 Exchange St. #522
Buffalo, NY, 14210

# II. Basis For Jurisdiction

Federal Questions, Civil Rights violations under IV, V and XIV amendments, HIPA Law, constitutionality of state policy and 42 USC section 1983.

# III. STATEMENT OF CLAIM # 1

1] On January 5th 2017 I was denied admission to the UBMD Orthopedics & Sport Medicine office at 5959 Big Tree Rd. Orchard Park, NY to attend a previously scheduled appointment through my worker's compensation carrier to see foot specialist, Orthopedic Surgeon and State University of New York at Buffalo Professor, Jennifer Gurskey.

2] They refused me entrance because of my concerns when they wanted to scan and copy my driver's license into their computers. I presented my license as identification but when I saw they were going to scan/copy it, I told them not to do it. The office manager stated, "You can't come in until you comply". In need of medical care and in extreme pain I was coerced into this demand.

3] When I originally refused she lied and claimed it was a HIPA requirement but when I said that I didn't think so she claimed that my insurance required it and again I said no

my insurance does not require you to scan/copy my license, she then admitted that it was their policy and I have to comply.

4] UBMD Orthopaedics and Sport Medicine strong-arm my license information using an electronic scanner attached and linked to my computerized HIPA protected records. Thus creating a conflict and a violation to my HIPA rights by attaching/linking and storing identifying non-medical information to my HIPA protected records.

5] My concerns with their policy are that all computers are "hack-able" and healthcare providers can't protect the information they are collecting. The information is hacked daily and becomes disseminated and used to hurt and discriminate against patients and to steal their identities. The healthcare provider loses nothing and can't show a valid legal cause for the need for copying driver's licenses.

6] Healthcare providers do not always use the information they collect for the legitimate purposes of their healthcare businesses and they sell and transfer information gathered without consent. Consent, if any, is gathered under coercion or duress and cannot be a condition for receiving medical care.

7] This healthcare provider claims that my medical records and information are not mine but that they belong to them, to do as they please. I disagree.

8] Therefore, I am hereby requesting a permanent injunction on the SUNYAB healthcare providers' policy that denies access to medical care to patients who oppose the policy of scanning/copying, collecting, storing, selling and transferring of any clearly identifiable information from their driver's licenses, credit cards, welfare benefits cards, telephone numbers and social security cards. I am also requesting a permanent injunction on the claim of healthcare providers they own my medical records because I paid for them.

## STATEMENT OF CLAIM # 2

1] On Monday the 24th of April the Buffalo General Medical Center denied me admission to the hospital to attend a previously scheduled appointment to the Allergy's Clinic run by the State University of New York at Buffalo by Dr. Stanley Schwartz. Prior to this visit I had attended the clinic three times without any notifications, incidents or demands from the Hospital or security guards.

2] The male receptionist said this time that if I didn't let him scan/copy my driver's license into his computer I couldn't come into the hospital. I had to leave with a security guard in tow even when they had my insurance information and had seen my ID. and look me up in their daily appointment sheet.

3] The Buffalo General Medical Center attempted to scan/copy and strong-arm my private and personal information and attach it to my records. Thus creating a conflict and

a violation of my HIPA rights by attaching identifying non-medical information to my medical records.

4] I felt under the threat of arrest and violence from an aggressive and hostile security guard employed by The Buffalo General Medical Center who prevented me from entering the hospital and receiving the scheduled medical care.

5] My concerns with their policy are that all computers are "hack-able" and healthcare providers can't protect the information they are collecting. The information is hacked daily and becomes disseminated and used to hurt and discriminate against patients and to steal their identities. The healthcare provider loses nothing and can't show a valid legal cause for the need for copying driver's licenses.

6] Healthcare providers do not always use the information they collect for the legitimate purposes of their healthcare businesses and they sell and transfer information gathered without consent. Consent, if any, is gathered under coercion or duress and cannot be a condition for receiving medical care.

7] This healthcare provider claims that my medical records and information are not mine but that they belong to them, to do as they please. I disagree.

8] Therefore, I am hereby requesting a permanent injunction on the SUNYAB healthcare providers' policy that denies access to medical care to patients who oppose the policy of scanning/copying, collecting, storing, selling and transferring of any clearly identifiable information from their driver's licenses, credit cards, welfare benefits cards, telephone numbers and social security cards. I am also requesting a permanent injunction on the claim of healthcare providers they own my medical records because I paid for them.

## IV. <u>Previous Lawsuits</u>: None on These Issues.

## V. <u>RELIEF</u>

Plaintiff hereby requests Injunctive, Declaratory, Punitive and Compensatory Damages for Pain and Suffering, to be determined by Jury and any and all relieves and remedies available under 42USC section 1983 and under the IV, V and XIV amendments for unlawful search and seizure and due process.

## VI. <u>Certification</u>

Signed Under Penalty Of Perjury,

Carlos Bayon_____Tuesday, May 02, 2017
PO Box 71
Getzville, NY 14068
716-830-0194