Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

CARLOS BAYON                        **JUDGMENT IN A CIVIL CASE**
                                    CASE NUMBER: 17-CV-373

        v.


SUNYAB et al


☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the action is Dismissed with prejudice

for plaintiff's failure to comply with [3] Order, filed on August 29, 2018.


Date: October 2, 2018              MARY C. LOEWENGUTH
                                   CLERK OF COURT



                                   By: s/Suzanne
                                       Deputy Clerk